# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Matthew Smith,

    Plaintiff

v.

DeVry Keller Graduate School of Management,

    Defendant

Case No.: 2:14-cv-1330-JAD-PAL

**Order
Adopting Report and Recommendation
and Dismissing Case**

Magistrate Judge Leen entered a Report and Recommendation on March 12, 2015, recommending dismissal of plaintiff Matthew Smith's complaint and closure of this case. Doc. 4. Any objections were due March 29, 2015. Smith has filed no objection. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). *See also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Accordingly, and with good cause appearing,

It is hereby ORDERED that Magistrate Judge Leen's Report and Recommendation **[Doc. 4] is ACCEPTED and ADOPTED** in full.

It is further ORDERED that this case is **DISMISSED**. The Clerk of Court is instructed to **CLOSE** this case.

DATED April 8, 2015.

    _____
    Jennifer A. Dorsey
    United States District Judge